UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE MAE LEE ESTATE, ET AL | CIVIL ACTION |
| VERSUS | NO. 13-3851 |
| STANDARD MORTGAGE CORP., ET AL | SECTION "N" (2) |

### ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memoranda in opposition to the following motions, noticed for submission on March 5, 2014, were filed:

1) **"Omni Bank's Motion for Summary Judgment"** **(Rec. Doc. 29)**;

2) **"Standard Mortgage Corporation's Motion for Summary Judgment"** **(Rec. Doc. 30)**.

The Court finds that each of the motions has merit. The burden is on the plaintiff to come forward with specific facts showing that there is a genuine issue for trial. *Amazing Spaces, Inc. v. Metro Mini Storage*, 608 F.3d 225, 234 (5th Cir. 2010) (quoting *Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986)). She has failed to do so. Moreover, although the plaintiff is *pro se*, the Court has expressly cautioned her regarding deadlines, including the specific deadline in question. *See* Order & Reasons dated Feb. 6, 2014 (Rec. Doc. 19) at 3-4. Accordingly;

**IT IS ORDERED** that Omni Bank's Motion for Summary Judgment **(Rec. Doc. 29)** and

Standard Mortgage Corporation's Motion for Summary Judgment **(Rec. Doc. 30)** are hereby **GRANTED** in all respects, and the plaintiff's claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

    A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

    New Orleans, Louisiana, this 7th day of March, 2014.

                                                               **KURT D. ENGELHARDT**
                                                               **UNITED STATES DISTRICT JUDGE**